May 5, 1978.

M. P. No. 78-138.  ANTHONY MEROLA *v.* RALPH R.

Chief Justice Bevilacqua did not participate. *Bevilacqua & Cicilline, John F. Cicilline,* for petitioner. *Roland H. Glantz,* for respondents.

M. P. No. 78-140. ROBERT HAXTON *v.* RALPH R. FARGNOLI *et al.* The petition in equity is hereby denied, without prejudice to the petitioner's instituting appropriate proceedings in the Superior Court.

